UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

BEAU KUPFERBERG, *et al.*,

                      Plaintiffs,

    - against -

FREDDY BAEZ, *et al.*,

                      Defendants.
---------------------------------------------------------x

**RESCHEDULING ORDER**

24 Civ. 8653 (ER)

      The telephonic premotion conference, previously scheduled for 11:30 a.m. on December 6, 2024, is hereby **rescheduled for 10:00 a.m. on December 6.**  The parties are reminded to call (855) 244-8681 and enter access code 2301 087 7354# when prompted.

      HCL Defendants are directed to notify all parties and provide them with a copy of this order.

      SO ORDERED.

Dated:  New York, New York
          December 3, 2024

                                            Edgardo Ramos, U.S.D.J.